UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LADIES PROFESSIONAL GOLF ASSOCIATION,<br><br>                      Plaintiff,<br>against<br><br>JOONGANG ILBO CO., LTD.,<br><br>                      Defendant. | CIVIL ACTION NO.: 1:25-cv-02493-ALC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joseph M. DeFazio of Troutman Pepper Locke LLP hereby appears for Defendant JoongAng Ilbo Co., Ltd., in the above-captioned action. The undersigned respectfully request that all notices given or required to be served in this case should be given and served upon the undersigned.

Dated: New York, New York
       May 19, 2025

                                      */s/ Joseph M. DeFazio*
                                      Joseph M. DeFazio
                                      **TROUTMAN PEPPER LOCKE LLP**
                                      875 Third Avenue
                                      New York, New York 10022
                                      Telephone: (212) 704-6341
                                      Email: joseph.defazio@troutman.com