# EXHIBIT A

REDACTED VERSION OF DOCUMENT



























