# EXHIBIT B

REDACTED VERSION OF DOCUMENT









