# **EXHIBIT C**

REDACTED VERSION OF DOCUMENT

















