# **EXHIBIT D**

REDACTED VERSION OF DOCUMENT

























































