**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Ladies Professional Golf Association** | |
| Plaintiff, | 25-CV-2493 (ALC) |
| -against- | **ORDER** |
| **JoongAngIlbo Co. Ltd,** | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to participate in a telephonic conference on March

11, 2026 at 2 PM. The Parties should contact the Court at 1-855- 244-8681 (access code:

2305 3700 226#).

**SO ORDERED.**

Dated: March 6, 2026
      New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**