**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ladies Professional Golf Association<br><br>                    Plaintiff,<br><br>          -against-<br><br>JoongAng Ilbo Co. Ltd.,<br><br><br>                    Defendant. | 25-CV-2493 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated in the March 11, 2026 telephonic conference, Defendant's

Motion to Dismiss and Defendant's Alternative Motion to Stay are both denied without

prejudice. Plaintiff's Motion to Seal is granted. The Clerk of Court is respectfully directed to

terminate ECF Nos. 23 and 28.

**SO ORDERED.**

Dated:  March 11, 2026
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**