**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Ladies Professional Golf Association** | |
| **Plaintiff,** | |
| -against- | **25-CV-2493 (ALC)** |
| **JoongAng Ilbo Co. Ltd,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Following up on the March 11, 2026 telephonic conference, the Parties are

ORDERED to submit a joint status report regarding the status of settlement negotiations by

April 2, 2026. The Parties are ORDERED to submit a joint status report regarding discovery

by April 9, 2026.

**SO ORDERED.**

Dated: March 11, 2026
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**