MEMO ENDORSED

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917)-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

April 1, 2026

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

RE:     *Ladies Professional Golf Association*
        *v. JoongAng Ilbo Co., Ltd.*, No. 1:25-cv-02493 (ALC)

Dear Judge Carter:

We represent Plaintiff Ladies Professional Golf Association (the "LPGA") in the above-captioned case against Defendant JoongAng Ilbo Co., Ltd. ("JoongAng"). The LPGA respectfully writes to request to file under seal, pursuant to Section 6(C) of Your Honor's Individual Practices, the parties' joint status report regarding settlement discussions (the "Joint Report"). Accordingly, the LPGA is provisionally filing the Joint Report under seal alongside this Letter Motion.

Both the LPGA and JoongAng seek to seal the Joint Report due to the sensitivity of settlement negotiations described therein. Courts must balance the competing interest of the public's presumption of access against the confidentiality interests of the parties when determining whether sealing is appropriate. *CRC Ins. Servs., Inc. v. Suh*, 2025 WL 560749, at *2 (S.D.N.Y. Feb. 19, 2025). In *SEC v. Telegram Grp. Inc.*, the court found that the party's "interest in protecting the confidentiality of the settlement negotiation process outweighs the public's presumption of access." 2020 WL 3264264, at *5 (S.D.N.Y. June 17, 2020). Consequently, the parties respectfully request that the Court grant this Letter Motion to seal.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc:     All counsel of record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/2/26
The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 41.