**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Ladies Professional Golf Association** | |
| Plaintiff, | |
| -against- | **25-CV-2493 (ALC)** |
| **Joong Ang Ilbo Co. Ltd.,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's request for an extension to answer (ECF No. 40) and Plaintiff's letter in opposition (ECF No. 43). The Court GRANTS Defendants' request for an extension to answer to April 2, 2026. The Clerk of Court is respectfully requested to terminate ECF No. 40.

**SO ORDERED.**

Dated: April 2, 2026
    New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**