AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

LADIES PROFESSIONAL GOLF ASSOCIATION,
Plaintiff (s),
V.
JOONGANG ILBO CO., LTD.,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:25-cv-02493-ALC

Notice is hereby given that, subject to approval by the court, JoongAng Ilbo Co., LTD. (Party (s) Name) substitutes Sangyoon Nathan Park (Name of New Attorney), State Bar No. 4624037 as counsel of record in place of Jinhee Kim and Yong Ik Lee (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Kibler Fowler & Cave LLP
Address: 270 Madison Avenue, Suite 1410
Telephone: (917) 909-6350 Facsimile (917) 909-6357
E-Mail (Optional): npark@kfc.law

I consent to the above substitution.
Date: Sep 4, 2026

JoongAng Ilbo, CEO
Chonghee Park, ChPk
(Signature of Party (s))

I consent to being substituted.
Date: August 27, 2026

Lee Yong Ik
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: September 8, 2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________

______________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**