UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Ladies Professional Golf Association**

**Plaintiff,**

**-against-**

**JoongAng Ilbo Co. Ltd,**

**Defendant.**

**25-CV-2493 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules an in-person status conference for September 24, 2026 at 3 pm. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. The Parties should be prepared to discuss settlement and should provide an ex parte letter to ALCarterNYSDchambers@nysd.uscourts.gov with their settlement positions by September 22, 2026.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**