USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/21/26

Sangyoon Nathan Park
Partner
npark@kfc.law

KF&C Kibler Fowler & Cave LLP

270 Madison Avenue
Suite 1410
New York, NY 10016

Office: 917.909.6350
Fax: 917.909.6357
www.kfc.law

September 14, 2026

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 444
New York, NY 10007

Re: *Ladies Professional Golf Association v. JoongAng Ilbo Co., Ltd.*, No. 1:25-cv-02493-ALC

Dear Judge Carter:

I write in reference to the Court's order for an in-person status conference on September 24, 2026 at 3 p.m. *See* ECF No. 69. For Defendant, Mr. Michael Carnevale of Kibler Fowler & Cave LLP and Mr. Seokchun Yun of Lee & Ko will appear in person.[1] We understand that Plaintiff's counsel will also appear in person as scheduled.

I respectfully request that I be permitted to appear *via* telephone on behalf of Defendant, along with Mr. Carnevale and Mr. Yun, as I must be in Washington D.C. that day. For the evening of September 24, I was invited to appear as a keynote speaker at the *Chuseok* event hosted by the Korean American Bar Association of Washington D.C. ("KABA-DC"). As a former president of KABA-DC, I am unable to cancel the invitation for an event that celebrates the most important holiday in Korea, less than two weeks before the event is to take place.

Thank you for the Court's consideration.

[1] Mr. Yun's *pro hac vice* application is forthcoming, as he is admitted to practice in the State of New York, but not before this Court.

Respectfully submitted,

S. Nathan Park

cc: All counsel of record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/21/26

This request is granted. Mr. Park is requested to email alcarternysdchambers@nysd.uscourts.gov by 9/23/26 with a phone number he can be reached at.