**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ladies Professional Golf Association**

**Plaintiff,**

**-against-**

**JoongAng Ilbo Co. Ltd.,**

**Defendant.**

**25-CV-2493 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS a joint status report by October 8, 2026. The Parties should indicate if they need assistance with settlement and/or want this case to be stayed as the Parties finalize settlement.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**