**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ladies Professional Golf Association**

**Plaintiff.,**

**-against-**

**JoongAng Ilbo Co. Ltd.**

**Defendant.**

**25-CV-2493 (ALC)**

**ORDER.**

**Andrew L. Carter, Jr.**

**United States District Judge:**

The Courtt ORDERS another joint status repo1t by October 13, 2026. The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 75.

**SO ORDERED.**

Dated: October 9, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**