**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

**Ladies Professional Golf Association** :
:
**Plaintiff,** :
: **25-CV-2493 (ALC)**
**-against-** :
: **ORDER.**
:
**JooAng Ilbo Co. Ltd.,** :
**Defendant.** :
:

----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS another joint status report by October 27, 2026. The Court will stay proceedings until October 27, 2026. The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 78.

**SO ORDERED.**

**Dated:** October 15, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**