MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/22/2026

SKADDEN, ARPS, SLATE, MEAGHER & F

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3097
DIRECT FAX
(917)-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

May 15, 2026

**VIA ECF and EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 444
New York, NY 10007

RE: *Ladies Professional Golf Association v. JoongAng Ilbo Co., Ltd.*, No. 1:25-cv-02493 (ALC)

Dear Judge Carter:

We represent Plaintiff Ladies Professional Golf Association (the "LPGA") in the above-captioned case against Defendant JoongAng Ilbo Co., Ltd. ("JoongAng"). The LPGA respectfully writes to request to file under seal, pursuant to Section 6(C) of Your Honor's Individual Practices, the parties' joint status report regarding settlement discussions (the "Joint Report"). Accordingly, the LPGA is provisionally filing the Joint Report under seal alongside this Letter Motion.

Both the LPGA and JoongAng seek to seal the Joint Report due to the sensitivity of settlement negotiations described therein. This Court has already granted the sealing of the previous joint report on settlement filed on April 1, 2026. (*See* ECF No. 44.) Courts must balance the competing interest of the public's presumption of access against the confidentiality interests of the parties when determining whether sealing is appropriate. *CRC Ins. Servs., Inc. v. Suh*, 2025 WL 560749, at *2 (S.D.N.Y. Feb. 19, 2025). In *SEC v. Telegram Grp. Inc.*, the court found that the party's "interest in protecting the confidentiality of the settlement negotiation process outweighs the public's presumption of access." 2020 WL 3264264, at *5 (S.D.N.Y. June 17, 2020). Consequently, the parties respectfully request that the Court grant this Letter Motion to seal.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Anthony J. Dreyer*
Anthony J. Dreyer

cc: All counsel of record (via ECF)

Motion to seal GRANTED. The Clerk of Court is respectfully directed to terminate pending letter motion at ECF No. 54.

SO ORDERED: Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 22, 2026
New York, NY