**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **Ladies Professional Golf Association** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **25-CV-2493 (ALC)** |
| **-against-** | : | |
| | : | **ORDER.** |
| | : | |
| **JooAng Ilbo Co. Ltd.,** | : | |
| **Defendant.** | : | |
| | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS another joint status report by November 4, 2026. The Court will stay proceedings until November 4, 2026. If the Parties believe that the Court's assistance would be helpful in reaching a settlement, they should indicate that in the status report. The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 82.

**SO ORDERED.**

**Dated:** October 27, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**