**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

**Ladies Professional Golf Association**

**Plaintiff,**

**-against-**

**JooAng Ilbo Co. Ltd.,**

**Defendant.**

-----------------------------------------------------------x

**25-CV-2493 (ALC)**

**ORDER.**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS another joint status report by November 13, 2026. The Court will stay proceedings until November 13, 2026. The Parties should indicate whether they think Court's assistance would be helpful in reaching a settlement. The motion to seal is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 85.

**SO ORDERED.**

**Dated:** November 6, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**